# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>　　　　　Plaintiff,<br>　v.<br><br>COUNTY OF SAN BERNARDINO LIBRARY, et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01691-AB (JPR)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation ("Report") of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

　　　The action is based on Plaintiff's exclusion from the San Bernardino County Library for seven days in June 2023. (Dkt. No. 23 at 5.) The Report recommends the dismissal of the Second Amended Complaint without further leave to amend for failure to state a claim and the dismissal of the action. (Dkt. No. 25.) Plaintiff's objections to the Report (Dkt. No. 32) do not warrant a change to the Report's proposed findings or recommendations.

　　　\\

1     Plaintiff objects that he adequately alleged a longstanding practice or custom that was sufficient to invoke the liability of the County. (Dkt. No. 32 at 3-4.) The allegedly longstanding practice or custom is the warning executed by the County that led to the exclusion of Plaintiff from the library. (*Id.*) As the Report found, however, Plaintiff "has not alleged any other instance when he or another library patron received a library exclusion notice under similar circumstances." (Dkt. No. 25 at 5.) Plaintiff's allegation of an isolated instance fails to state a municipal-liability claim. (*Id.*)

    Plaintiff objects that his official-capacity claims against the Defendants are not redundant. (Dkt. No. 32 at 4-5.) As the Magistrate Judge previously explained to Plaintiff, however, an official-capacity claim is a claim against the government entity itself. (Dkt. No. 20 at 9.) And because no *respondeat superior* liability exists under 42 U.S.C. § 1983, the government entity is liable only for injuries that arise from an official policy or longstanding custom. (*Id.*) But Plaintiff failed to state a claim based on an official policy or longstanding custom because he alleged only an isolated instance of being excluded from the library. (Dkt. No. 25 at 5.)

    It is ordered that (1) the Report and Recommendation is approved and accepted; (2) the Second Amended Complaint is dismissed without further leave to amend; (3) the federal claims are dismissed with prejudice; and (4) the state-law claims are dismissed without prejudice.

DATED: July 11, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE