**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID UPTON, | Case No. EDCV 23-1691-AB (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| COUNTY OF SAN BERNARDINO et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, his state-law claims are dismissed without prejudice, and Judgment be entered in Defendants' favor.

DATED: July 11, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE